IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| John B. Campbell, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 4:11-2058-TLW-TER |
| ) | |
| Suzanne Mayes, Assistant Attorney General; ) | |
| Elizabeth Munnerlyn, Assistant Solicitor; ) | |
| Tommy Langley, Police Chief; Lt. Jamie G. ) | |
| Seals, Investigator Officer; Brittany English, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

On August 5, 2011, the plaintiff, John B. Campbell ("plaintiff"), proceeding *pro se*, filed this civil action pursuant to 42 U.S.C. § 1983. (Doc. #1).

The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that plaintiff's complaint be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A and Heck v. Humphrey, 512 U.S. 477 (1994). (Doc. #11). Objections were due on September 23, 2011. Plaintiff has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge,

this Court is not required to give any explanation for adopting the recommendation.  See <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED**.  (Doc. #11).  The complaint is therefore **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

October 11, 2011                                          __s/Terry L. Wooten_____
Florence, South Carolina                                  United States District Judge